AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**NATHANIEL WHITE,**
**Petitioner,**

vs.                                                                        Case Number:   **09-2210**

**DONALD GAETZ, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition under U.S.C. §2254 for writ of habeas corpus is denied.  Case is terminated.

ENTER this 30th day of April 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK